

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MATTHEW J. MODAFFERI**
*Assistant Corporation Counsel*
Phone: (212) 356-2331
Fax: (212) 788-9776
mmodaffe@law.nyc.gov

May 20, 2013

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Emmanuel Fernandez v. Officer Beattie, et al.</u>, 12-CV-3758 (FB)(RER)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing the defendants in the above-referenced matter. I write to advise Your Honor that Plaintiff has accepted defendants' offer of judgment. Shortly, defendants will provide the Honorable Frederic Block with a Stipulation and Order of Dismissal and a Stipulation of Settlement of Attorneys' Fees.

    Thank you for your consideration herein.

    Respectfully submitted,

    /s/

    Matthew J. Modafferi
    Assistant Corporation Counsel

cc:    Harvis, Wright, Saleem & Fett LLP (By ECF)
    *Attorneys for Plaintiff*

    Honorable Frederic Block (By ECF)
    United States District Judge