UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EMMANUEL FERNANDEZ,

        Plaintiff,

-against-

Police Officer WILLIAM BEATTIE, et al.,

        Defendants.

------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-3758 (FB)(RER)

  **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

HARVIS WRIGHT SALEEM & FETT
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
Gabriel Harvis, Esq.
*Attorney for Plaintiff*

Dated: New York, New York
    _____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-212
New York, New York 10007

By: _____
Matthew Modafferi
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE